**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: David Morganstern          **BK NO. 26-00656 MJC**
      Josephine C. Morganstern aka Josephine-
Carol Morganstern             **Chapter 13**
         **Debtor(s)**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

           Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
03 Apr 2026, 09:59:15, EDT

      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322