# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: David Morganstern  
      Josephine C. Morganstern aka Josephine-  
Carol Morganstern  
                      Debtor(s)

BK NO. 26-00656 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel  
03 Apr 2026, 09:59:15, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA  19106  
215-627-1322

Document ID: b1f20b718f5ff26d712d2f1ec5d6662c42cd5d9abf3c4a1473beb73068594d00