**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: David Morganstern**           **BK NO. 26-00656 MJC**
    **Josephine C. Morganstern aka Josephine-**
**Carol Morganstern**                  **Chapter 13**
          **Debtor(s)**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.


        Respectfully submitted,


/s/ _Matthew Fissel_
Matthew Fissel
03 Apr 2026, 09:59:15, EDT


    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322

Document ID: b1f20b718f5ff26d712d2f1ec5d6662c42cd5d9abf3c4a1473beb73d68594d00