# Local Bankruptcy Form 2016-2(c)

## In the United States Bankruptcy Court
## for the Middle District of Pennsylvania

In Re:                  :    **Chapter 13**

**David Morganstern and**
**Josephine C. Morganstern,**     :    **Case No. 4-26-bk -00656-MJC**

                Debtors     :

### Request for Payment of Chapter 13 Compensation and Expenses

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court Order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

**A.** Presumptively reasonable fees under LBR. 2016-2(c)
1. Amount agreed to by debtor     $    5,000.00
2. Less amount paid to attorney prior to filing petition     $    0.00
3. Balance of compensation to be paid through plan distributions     $    5,000.00
4. Expenses advanced to be paid through plan distributions: (describe expense and amount)     $

**B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)
1. Retainer received     $
2. Compensation earned prepetition and paid to attorney prior to filing petition     $
3. Expenses reimbursed prepetition     $
4. Balance in retainer after deduction of prepetition compensation and expenses     $
5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account     $

**C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(20 in the following amount based on the information above:     $    5,000.00

Dated: April 6, 2026            /s/ *Lisa M. Doran*
                                 Attorney for Debtor