United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                           Case No. 26-00656-MJC

David Morganstern                                                                     Chapter 13

Josephine C. Morganstern

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4                          User: AutoDocke                        Page 1 of 3

Date Rcvd: Apr 20, 2026                Form ID: ntcnfhrg                     Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol**            **Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Morganstern, Josephine C. Morganstern, 362 Loder Street, Sayre, PA 18840-2611 |
| 5787041 | | Guthrie, PO Box 826908, Philadelphia, PA 19182-6908 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5787031 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 20 2026 19:04:48 | Affirm, Inc., Attn Credit Bureau Disputes, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 5787032 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 19:04:42 | American Express, PO Box Box 981537, El Paso, TX 79998-1537 |
| 5796088 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 19:04:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5787033 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 20 2026 18:57:00 | Apple Card/GS Bank USA, 11850 S. Election Road, Draper, UT 84020-6814 |
| 5787034 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Apr 20 2026 18:57:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 5787035 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 20 2026 19:04:41 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 5787036 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2026 19:04:41 | Capital One, PO Box Box 31293, Salt Lake City, UT 84131-0293 |
| 5787037 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2026 19:04:42 | Citicards CBNAS, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5787038 | + | Email/Text: sara.miller@godasco.com | Apr 20 2026 18:57:00 | Dasco, 375 N West Street, Westerville, OH 43082-1400 |
| 5787039 | | Email/Text: mrdiscen@discover.com | Apr 20 2026 18:57:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5787040 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 20 2026 18:57:00 | FB&T/Mercury Financial, PO Box Box 84064, Columbus, GA 31908-4064 |
| 5787042 | | Email/Text: DBU_Lending_Ops@jeniusbank.com | Apr 20 2026 18:57:00 | Jenius Bank, PO Box 71217, Philadelphia, PA 19176-6217 |
| 5787043 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 20 2026 19:04:46 | JPMCB - Card Services, PO Box Box 15369, Wilmington, DE 19850-5369 |
| 5795792 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 20 2026 18:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5794496 | + | Email/Text: RASEBN@raslg.com | Apr 20 2026 18:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5791555 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 20 2026 19:04:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5787044 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 20 2026 18:57:00 | Mariner Finance, 8211 Town Center Drive, Baltimore, MD 21236-5904 |
| 5787045 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 20 2026 19:04:41 | Merrick Bank, PO Box Box 9201, Old Bethpage, NY 11804-9001 |
| 5793692 | + | Email/PDF: cbp@omf.com | Apr 20 2026 19:04:41 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5787046 | + | Email/PDF: cbp@omf.com | Apr 20 2026 19:04:46 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5787047 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2026 18:57:00 | PA Department of Revenue, Bankruptcy Division, PO Box Box 280946, Harrisburg, PA 17128-0946 |
| 5787050 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2026 18:57:00 | PNC Bank Card Services, PNC CB Investigations, PO Box 5580, Cleveland, OH 44101-3180 |
| 5788743 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2026 18:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5787048 | + | Email/PDF: ebnotices@pnmac.com | Apr 20 2026 19:04:48 | Pennymac Loan Services LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5787049 | + | Email/Text: bkrgeneric@penfed.org | Apr 20 2026 18:57:00 | Pentagon FCU, PO Box 456, Alexandria, VA 22313-0456 |
| 5787051 | | Email/Text: bknotice@upgrade.com | Apr 20 2026 18:57:00 | Upgrade Inc., 2 North Central Avenue 10th Floor, Phoenix, AZ 85004 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**      **Bypass Reason**    **Name and Address**
5796089        *           American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Jack N Zaharopoulos

    ecf_pahu_alt@trustee13.com

Lisa M. Doran

    on behalf of Debtor 2 Josephine C. Morganstern ldoran@dorananddoran.com  LDoran@jubileebk.net

Lisa M. Doran

    on behalf of Debtor 1 David Morganstern ldoran@dorananddoran.com  LDoran@jubileebk.net

Matthew K. Fissel

    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Morganstern,

**Debtor 1**

Josephine C. Morganstern,
aka Josephine Carol Morganstern,

**Debtor 2**

Chapter       13

Case No.       4:26−bk−00656−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**May 21, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 28, 2026<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** 197 S Main St, Wilkes−Barre, PA 18701 570−831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 20, 2026 |

ntcnfhrg (08/21)