United States Bankruptcy Court

Middle District of Pennsylvania

In re:

David Morganstern

Josephine C. Morganstern

　Debtors

Case No. 26-00656-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4

Date Rcvd: Apr 20, 2026

User: AutoDocke

Form ID: pdf002

Page 1 of 3

Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol　　　　Definition**

+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Morganstern, Josephine C. Morganstern, 362 Loder Street, Sayre, PA 18840-2611 |
| 5787041 | | Guthrie, PO Box 826908, Philadelphia, PA 19182-6908 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5787031 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 20 2026 19:04:42 | Affirm, Inc., Attn Credit Bureau Disputes, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 5787032 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 19:04:41 | American Express, PO Box Box 981537, El Paso, TX 79998-1537 |
| 5796088 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 19:04:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5787033 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 20 2026 18:57:00 | Apple Card/GS Bank USA, 11850 S. Election Road, Draper, UT 84020-6814 |
| 5787034 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Apr 20 2026 18:57:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 5787035 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 20 2026 19:04:46 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 5787036 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2026 19:04:46 | Capital One, PO Box Box 31293, Salt Lake City, UT 84131-0293 |
| 5787037 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2026 19:04:42 | Citicards CBNAS, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5787038 | + | Email/Text: sara.miller@godasco.com | Apr 20 2026 18:57:00 | Dasco, 375 N West Street, Westerville, OH 43082-1400 |
| 5787039 | | Email/Text: mrdiscen@discover.com | Apr 20 2026 18:57:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5787040 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 20 2026 18:57:00 | FB&T/Mercury Financial, PO Box Box 84064, Columbus, GA 31908-4064 |
| 5787042 | | Email/Text: DBU_Lending_Ops@jeniusbank.com | Apr 20 2026 18:57:00 | Jenius Bank, PO Box 71217, Philadelphia, PA 19176-6217 |
| 5787043 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 20 2026 19:04:46 | JPMCB - Card Services, PO Box Box 15369, Wilmington, DE 19850-5369 |
| 5795792 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 20 2026 18:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5794496 | + | Email/Text: RASEBN@raslg.com | Apr 20 2026 18:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| | | | |
|---|---|---|---|
| | | | USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5791555 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 20 2026 19:04:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5787044 | + Email/Text: bankruptcy@marinerfinance.com | Apr 20 2026 18:57:00 | Mariner Finance, 8211 Town Center Drive, Baltimore, MD 21236-5904 |
| 5787045 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 20 2026 19:04:41 | Merrick Bank, PO Box Box 9201, Old Bethpage, NY 11804-9001 |
| 5793692 | + Email/PDF: cbp@omf.com | Apr 20 2026 19:04:46 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5787046 | + Email/PDF: cbp@omf.com | Apr 20 2026 19:04:41 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5787047 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2026 18:57:00 | PA Department of Revenue, Bankruptcy Division, PO Box Box 280946, Harrisburg, PA 17128-0946 |
| 5787050 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2026 18:57:00 | PNC Bank Card Services, PNC CB Investigations, PO Box 5580, Cleveland, OH 44101-3180 |
| 5788743 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2026 18:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5787048 | + Email/PDF: ebnotices@pnmac.com | Apr 20 2026 19:04:42 | Pennymac Loan Services LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5787049 | + Email/Text: bkrgeneric@penfed.org | Apr 20 2026 18:57:00 | Pentagon FCU, PO Box 456, Alexandria, VA 22313-0456 |
| 5787051 | Email/Text: bknotice@upgrade.com | Apr 20 2026 18:57:00 | Upgrade Inc., 2 North Central Avenue 10th Floor, Phoenix, AZ 85004 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5796089 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 22, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:

Name          Email Address

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Lisa M. Doran

on behalf of Debtor 2 Josephine C. Morganstern ldoran@dorananddoran.com  LDoran@jubileebk.net

Lisa M. Doran

on behalf of Debtor 1 David Morganstern ldoran@dorananddoran.com  LDoran@jubileebk.net

Matthew K. Fissel

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DAVID MORGANSTERN and
JOSEPHINE C. MORGANSTERN
Debtor(s)

: CHAPTER 13
:
: CASE NO. 5-26-bk-
:
: __X__ **ORIGINAL PLAN**
: _____ AMENDED PLAN
: (indicate 1st, 2nd , 3rd, etc )
: __0__ Number of Motions to Avoid Liens
: __0__ Number of Motions to Value
: Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in §9, which are not Included In the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ■ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E. which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

### 1. PLAN FUNDING AND LENGTH OF PLAN

#### A. Plan Payments From Future Income

1. To date, the Debtor paid $__0__(enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total

1

Document ID: 6c1888a0-6a41-4392-bfd3-1a022d3b0040

base plan is $ *see "Total Payments" in chart below* plus other payments and property stated in § 1B below:

| Start mm/yy | End Mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 3/2026 | 4/2026 | $ 0 | $ 0 | $ 0 | $ 0.00 |
| 5/2026 | 12/2028 | $ 135.00 | $ 0 | $ 135.00 | $ 4,320.00 |
| 1/2029 | 2/2031 | $ 1,039.00 | $ 0 | $ 1,039.00 | $ 27,014.00 |
| | | | | Total Payments: | $ 31,334.00 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: (    ) Debtor is at or under median income. *If this line is checked, the rest of §1.A.4 need not be completed or reproduced.*

( X ) Debtor is over median income. Debtor estimates that a minimum of $ 31,201.80  must be paid to allowed unsecured creditors in order to comply with the Means Test.

## B. Additional Plan Funding From Liquidation of Assets/Other

1. The Debtor estimates that the liquidation value of this estate is $ 15,215.96 . (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

Check one of the following two lines:

X    No assets will be liquidated. *If this is checked, skip § 1.B.2 and complete 1.B.3 if applicable.*

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:_____

2

Document ID: 6c1888a0-6a41-4392-bfd3-1a022d3b0040

## 2. SECURED CLAIMS

### A. Pre-Confirmation Distributions. *Check one:*

__X__ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

### B. Mortgages (including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor. *Check one*

_____ None. *If this is checked, the rest of § 2.B need not be completed or reproduced.*

__X__ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| **PENNYMAC LOAN SERVICES, LLC** | 362 Loder St, Sayre, PA | 9756 |

### C. Arrears (including but not limited to, claims secured by Debtor's principal residence). *Check one.*

__X__ None. *If this is checked, the rest of § 2.C need not be completed or reproduced.*

### D. Other secured claims (conduit payments and claims for which a §506 valuation is not applicable, etc)

__X__ None. *If this is checked, the rest of § 2.D need not be completed or reproduced*

### E. Secured claims for which a §506 valuation is applicable. *Check one*

__X__ None. *If this is checked, the rest of § 2.E need not be completed or reproduced.*

### F. Surrender of Collateral: *Check one*

__X__ None. *If this is checked, the rest of § 2.F need not be completed or reproduced.*

_____ The Debtor elects to surrender to each creditor listed below the collateral

3

Document ID: 6c1888a0-6a41-4392-bfd3-1a022d3b0040

**G.** <u>Lien Avoidance.</u> Do not use for mortgages or for statutory liens, such as tax liens *Check one.*

   x    None. *If this is checked, the rest of § 2.G need not be completed or reproduced.*

## 3. PRIORITY CLAIMS

### A. <u>Administrative Claims</u>

1. <u>Trustee Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. <u>Attorney fees.</u> Complete only one of the following options:
   a. In addition to the retainer of $ 100.00 already paid by the Debtor, the amount of $ 4,900.00 in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

   b. The balance of fees owed to the attorney for the debtor(s) is estimated to be $ _____. This estimate is used in determining compliance with § 1322(a)(2) and feasibility under § 1325(a)(6). Additional fees may be approved under § 330. If allowance of such fees would alter the treatment or distribution to secured or priority creditors under this plan, the debtor must seek modification under § 1329. Approved fees may reduce the distribution to general unsecured creditors, consistent with the priority scheme established in this plan.

3. <u>Other</u> Other administrative claims not included in §§3.A.1 or 3.A.2 above. *Check one:*

   x    None. *If this is checked, the rest of § 3.A.3 need not be completed or reproduced.*

### B. <u>Priority Claims (including, certain Domestic Support Obligations</u>

Allowed unsecured claims entitled to priority under § 1322(a) will be paid in full unless modified under §9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| **PENNSYLVANIA DEPARTMENT OF REVENUE** | $ 800.00 (or per allowed proof of claim filed) plus interest **for a total of 937.44** to be paid in the plan |

### C. <u>Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).</u> *Check one of the following two lines:*

   X   None. *If this is checked, the rest of § 3.C need not be completed or reproduced.*

4

Document ID: 6c1888a0-6a41-4392-bfd3-1a022d3b0040

### 4. UNSECURED CLAIMS

    **A. <u>Claims of Unsecured Nonpriority Creditors Specially Classified.</u>** Check one of the following two lines:

        _X_ None. *If this is checked, the rest of § 4.A need not be completed or reproduced.*

    **B. Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

### 5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES. *Check one of the following two lines:*

        _X_ None. *If this is checked, the rest of § 5 need not be completed or reproduced.*

### 6. VESTING OF PROPERTY OF THE ESTATE.

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

\_\_\_\_\_ plan confirmation.
\_\_\_X\_\_ entry of discharge.
\_\_\_\_\_ closing of case.

### 7. DISCHARGE (Check One)

    ( **X** ) The debtor will seek a discharge pursuant to §1328(a).

    (    ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in §1328(f).

### 8. ORDER OF DISTRIBUTION:

If a pre-petition creditor files a secured, priority, or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

5

Document ID: 6c1888a0-6a41-4392-bfd3-1a022d3b0040

If the above Levels are filled in, the rest of § 8 need not be completed or reproduced. If the above Levels are not filled- in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

## 9. NONSTANDARD PLAN PROVISIONS

*Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit)*

**A. There are no known arrears on the mortgage to Pennymac Loan Services, LLC, but if an arrears is filed in an allowed proof of claim, it will be paid in the plan.**

**B. Allowed priority claim of the PENNSYLVANIA DEPARTMENT OF REVENUE is being paid in full with interest as indicated in section 3B above**

Dated: 03/11/2026
_____

_____
Attorney for Debtor

*David Morganstern*

_____
David Morganstern

*Josephine C. Morganstern*

_____
Josephine C. Morganstern

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in §9.

6

Document ID: 6c1888a0-6a41-4392-bfd3-1a022d3b0040