Certificate Number: 03088-PAM-DE-040931053

Bankruptcy Case Number: 26-00656



03088-PAM-DE-040931053

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 3, 2026, at 5:04 o'clock PM CDT, David Morganstern completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 3, 2026                    By:    /s/Doug Tonne

Name: Doug Tonne

Title: Counselor

Certificate Number: 03088-PAM-DE-040931054

Bankruptcy Case Number: 26-00656



03088-PAM-DE-040931054

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 3, 2026</u>, at <u>5:04</u> o'clock <u>PM CDT</u>, <u>Josephine C Morganstern</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>May 3, 2026</u>                        By:      <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:   <u>Counselor</u>