# In the United States Bankruptcy Court
# for the Middle District of Pennsylvania

| | | |
|---|---|---|
| In Re: | : | **Chapter 13** |
| | : | |
| **David Morganstern and** | : | |
| **Josephine C. Morganstern,** | : | **Case No. 4-26-bk -00656-MJC** |
| | : | |
| Debtors | : | |

## AMENDED CERTIFICATION OF SERVICE

I Lisa M. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 certify:

That at all times hereinafter mentioned I was at least 18 years of age;

That on the 18th day of August, 2026, I served a copy of the attached *First Amended Plan* and *Notice* on all parties listed on the attached matrix to the address listed thereon by mailing a copy of the same by First Class U S Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2026

By: /s/ *Lisa M. Doran*

Lisa M. Doran, Esquire

**In the United States Bankruptcy Court**
**for the Middle District of Pennsylvania**

In Re: : **Chapter 13**

**David Morganstern and**
**Josephine C. Morganstern,** : **Case No. 4-26-bk -00656-MJC**

Debtors

## NOTICE

The confirmation hearing on the First Amended Plan ("Plan") has been scheduled for the Debtors at the following date, time, and location:

Date: October 1, 2026 Time: 10:00 AM

Location: United States Bankruptcy Court
Max Rosenn Federal Court House
197 South Main Street
Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: **September 24, 2026.**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy also may be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Dated: August 18, 2026 Filed by: LISA M. DORAN, ESQUIRE
Counsel for the Debtors
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13

DAVID MORGANSTERN and
JOSEPHINE C. MORGANSTERN : CASE NO. 4-26-bk-00656
Debtor(s)

____ ORIGINAL PLAN
X **FIRST AMENDED PLAN**
(indicate 1st, 2nd, 3rd, etc )
0 Number of Motions to Avoid Liens
0 Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in §9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ■ Included | ☐ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E. which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN**

**A. Plan Payments From Future Income**

1. To date, the Debtor paid $ 540.00 (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total



Document ID: 0a198abe-bf8e-43be-a91c-518ee36b11dd

base plan is $ *see "Total Payments" in chart below* plus other payments and property stated in § 1B below:

| Start mm/yy | End Mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 3/2026 | 8/2026 | $ total of $540 paid to date | $ 0 | $ 0 | $ 540.00 |
| 9/2026 | 12/2028 | $ 575.00 | $ 0 | $ 575.00 | $ 16,100.00 |
| 1/2029 | 2/2031 | $ 1,520.00 | $ 0 | $ 1,520.00 | $ 39,520.00 |
| | | | | Total Payments: | $ 56,160.00 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ( ) Debtor is at or under median income. *If this line is checked, the rest of §1.A.4 need not be completed or reproduced.*

( X ) Debtor is over median income. Debtor estimates that a minimum of $ 31,201.80 must be paid to allowed unsecured creditors in order to comply with the Means Test.

**B. Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $ 15,215.96 . (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

Check one of the following two lines:

_X_ No assets will be liquidated. *If this is checked, skip § 1.B.2 and complete 1.B.3 if applicable.*

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:________________



Document ID: 0a198abe-bf8e-43be-a91c-518ee36b11dd

**2. SECURED CLAIMS**

**A. Pre-Confirmation Distributions.** *Check one:*

_X_ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

**B. Mortgages (including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one*

___ None. *If this is checked, the rest of § 2.B need not be completed or reproduced.*

_X_ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC | 362 Loder St, Sayre, PA | 9756 |

**C. Arrears (including but not limited to, claims secured by Debtor's principal residence).** *Check one.*

_X_ None. *If this is checked, the rest of § 2.C need not be completed or reproduced.*

**D. Other secured claims (conduit payments and claims for which a §506 valuation is not applicable, etc)**

_X_ None. *If this is checked, the rest of § 2.D need not be completed or reproduced*

**E. Secured claims for which a §506 valuation is applicable.** *Check one*

_X_ None. *If this is checked, the rest of § 2.E need not be completed or reproduced.*

**F. Surrender of Collateral:** *Check one*

_X_ None. *If this is checked, the rest of § 2.F need not be completed or reproduced.*

___ The Debtor elects to surrender to each creditor listed below the collateral



Document ID: 0a198abe-bf8e-43be-a91c-518ee36b11dd

**G. Lien Avoidance.** Do not use for mortgages or for statutory liens, such as tax liens *Check one.*

__x__ None. *If this is checked, the rest of § 2.G need not be completed or reproduced.*

3. PRIORITY CLAIMS

A. **Administrative Claims**

1. Trustee Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. Attorney fees. Complete only one of the following options:
   a. In addition to the retainer of $_0__ already paid by the Debtor, the amount of $_5,000.00_ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

   b. The balance of fees owed to the attorney for the debtor(s) is estimated to be $____________. This estimate is used in determining compliance with § 1322(a)(2) and feasibility under § 1325(a)(6). Additional fees may be approved under § 330. If allowance of such fees would alter the treatment or distribution to secured or priority creditors under this plan, the debtor must seek modification under § 1329. Approved fees may reduce the distribution to general unsecured creditors, consistent with the priority scheme established in this plan.

3. Other Other administrative claims not included in §§3.A.1 or 3.A.2 above. *Check one:*

   __x__ None. *If this is checked, the rest of § 3.A.3 need not be completed or reproduced.*

B. **Priority Claims (including, certain Domestic Support Obligations**

Allowed unsecured claims entitled to priority under § 1322(a) will be paid in full unless modified under §9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE | $ 816.66 plus interest **for a total of 860.00** to be paid in the plan |

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines:*

__X__None. *If this is checked, the rest of § 3.C need not be completed or reproduced.*



Document ID: 0a198abe-bf8e-43be-a91c-518ee36b11dd

**4. UNSECURED CLAIMS**

A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** Check one of the following two lines:

__X__None. *If this is checked, the rest of § 4.A need not be completed or reproduced.*

B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** ***Check one of the following two lines:***

__X__None. *If this is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

_____ plan confirmation.
__X__ entry of discharge.
_____ closing of case.

7. **DISCHARGE (Check One)**

( **X** ) The debtor will seek a discharge pursuant to §1328(a).

(   ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in §1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority, or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: ________________
Level 2: ________________
Level 3: ________________
Level 4: ________________
Level 5: ________________
Level 6: ________________
Level 7: ________________
Level 8: ________________



Document ID: 0a198abe-bf8e-43be-a91c-518ee36b11dd

If the above Levels are filled in, the rest of § 8 need not be completed or reproduced. If the above Levels are not filled- in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

## 9. NONSTANDARD PLAN PROVISIONS

*Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit)*

**A. Priority claim of the PENNSYLVANIA DEPARTMENT OF REVENUE is being paid in full with interest as indicated in section 3B above**

Dated: 08/18/2026

Attorney for Debtor

David Morganstern

David Morganstern

Josephine C. Morganstern

Josephine C. Morganstern

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in §9.



Document ID: 0a198abe-bf8e-43be-a91c-518ee36b11dd

Label Matrix for local noticing
0314-4
Case 4:26-bk-00656-MJC
Middle District of Pennsylvania
Williamsport
Tue Aug 18 11:01:17 EDT 2026

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

U.S. Bankruptcy Court
197 S Main St, Wilkes-Barre, P.

Affirm ABS Funding Trust I
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Affirm, Inc.
Attn Credit Bureau Disputes
30 Isabella Street, Floor 4
Pittsburgh, PA 15212-5862

American Express
PO Box Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Apple Card/GS Bank USA
11850 S. Election Road
Draper, UT 84020-6814

Bank of America
100 North Tryon Street
Charlotte, NC 28255-0001

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Best Egg
PO Box 42912
Philadelphia, PA 19101-2912

Capital One
PO Box Box 31293
Salt Lake City, UT 84131-0293

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citicards CBNAS
5800 South Corporate Place Mail Code 234
Sioux Falls, SD 57108-5027

Dasco
375 N West Street
Westerville, OH 43082-1400

Discover Card
PO Box 30939
Salt Lake City, UT 84130-0939

FB&T/Mercury Financial
PO Box Box 84064
Columbus, GA 31908-4064

Guthrie
PO Box 826908
Philadelphia, PA 19182-6908

JPMCB - Card Services
PO Box Box 15369
Wilmington, DE 19850-5369

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Servic
P.O. Box 9013
Addison, Texas 75001-9013

(p)JENIUS BANK
LOAN OPERATIONS
P O BOX 71217
PHILADELPHIA PA 19176-6217

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MARINER FINANCE LLC
8110 CORPORATE DRIVE
NOTTINGHAM, MD 21236-5034

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mariner Finance
8211 Town Center Drive
Baltimore, MD 21236-5904

Merrick Bank
PO Box Box 9201
Old Bethpage, NY 11804-9001

OneMain Financial Group, LLC
PO Box 3251
Evansville, IN 47731-3251

Onemain
PO Box 1010
Evansville, IN 47706-1010

PA Department of Revenue
Bankruptcy Division
PO Box Box 280946
Harrisburg, PA 17128-0946

PENNYMAC LOAN SERVICES, LLC
P.O. Box 2410
Moorpark, CA 93020-2410

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pennsylvania Department of Rev
Bankruptcy Division PO Box 280
Harrisburg, PA 17128-0946

Pennymac Loan Services LLC
PO Box 514387
Los Angeles, CA 90051-4387

Pentagon FCU
PO Box 456
Alexandria, VA 22313-0456

(p)PENTAGON FEDERAL CREDIT UNI
ATTN BANKRUPTCY DEPARTMENT
P O BOX 1432
ALEXANDRIA VA 22313-1432

Quantum3 Group LLC as agent for
Mercury Financial/First Bank & Trust
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Quantum3 Group LLC as agent for
Sadino Funding LLC 98083-0788

Resurgent Capital Services as
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

(p)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

David Morganstern
362 Loder Street
Sayre, PA 18840-2611

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Josephine C. Morganstern
362 Loder Street
Sayre, PA 18840-2611

Lisa M. Doran
Doran & Doran, P.C.
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jenius Bank
PO Box 71217
Philadelphia, PA 19176-6217

PNC Bank Card Services
PNC CB Investigations
PO Box 5580
Cleveland, OH 44101-3180

(d)PNC Bank, National Associat
PO BOX 94982
Cleveland, OH 44101

Pentagon Federal Credit Union
PO Box 1432
Alexandria, VA 22313

Upgrade Inc.
2 North Central Avenue 10th Floor
Phoenix, AZ 85004

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

(d)Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 44 |
| Bypassed recipients | 2 |
| Total | 46 |