United States Bankruptcy Court
Middle District of Pennsylvania

In re:
David Morganstern
Josephine C. Morganstern
Debtors

Case No. 26-00656-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4 | User: AutoDocke | Page 1 of 1
Date Rcvd: Sep 14, 2026 | Form ID: trc | Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5804416 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2026 18:55:20 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Lisa M. Doran | on behalf of Debtor 2 Josephine C. Morganstern ldoran@dorananddoran.com LDoran@jubileebk.net |
| Lisa M. Doran | on behalf of Debtor 1 David Morganstern ldoran@dorananddoran.com LDoran@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:26-bk-00656-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

David Morganstern
362 Loder Street
Sayre PA 18840

Josephine C. Morganstern
362 Loder Street
Sayre PA 18840

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/03/2026.

Name and Address of Alleged Transferor(s):

Claim No. 22: Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

Name and Address of Transferee:

Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603-0587
Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603-0587

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/16/26

Seth F. Eisenberg
**CLERK OF THE COURT**