**In the United States Bankruptcy Court**
**for the Middle District of Pennsylvania**

| | | |
|---|---|---|
| In Re: | : | **Chapter 13** |
| | : | |
| **David Morganstern and** | : | |
| **Josephine C. Morganstern,** | : | **Case No. 4-26-bk -00656-MJC** |
| | : | |
| Debtors | : | |

## Certificate of Mailing

The undersigned, Lisa M. Doran, of Doran & Doran, P.C., 69 Public Square, Suite 700, Wilkes-Barre, Pennsylvania 18701 hereby certifies that on October 5, 2026 a copy of the attached *Order Confirming Amended Chapter 13 Plan* was mailed to all parties named on the mailing list attached hereto by regular first-class mail.

Dated October 5, 2026

Signed: /s/Lisa M. Doran
Lisa M. Doran, Esquire

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

David Morganstern

Case number 4:26–bk–00656–MJC

**Debtor 1**

Josephine C. Morganstern
aka Josephine Carol Morganstern

**Debtor 2**

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 18, 2026. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: October 2, 2026

orcnfpln(05/18)

Label Matrix for local noticing
0314-4
Case 4:26-bk-00656-MJC
Middle District of Pennsylvania
Williamsport
Mon Oct 5 09:40:49 EDT 2026

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603-0587

U.S. Bankruptcy Court
197 S Main St, Wilkes-Barre, PA 18701

Affirm ABS Funding Trust I
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Affirm, Inc.
Attn Credit Bureau Disputes
30 Isabella Street, Floor 4
Pittsburgh, PA 15212-5862

American Express
PO Box Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Apple Card/GS Bank USA
11850 S. Election Road
Draper, UT 84020-6814

Bank of America
100 North Tryon Street
Charlotte, NC 28255-0001

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Best Egg
PO Box 42912
Philadelphia, PA 19101-2912

Capital One
PO Box Box 31293
Salt Lake City, UT 84131-0293

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citicards CBNAS
5800 South Corporate Place Mai
Sioux Falls, SD 57108-5027

Dasco
375 N West Street
Westerville, OH 43082-1400

Discover Card
PO Box 30939
Salt Lake City, UT 84130-0939

FB&T/Mercury Financial
PO Box Box 84064
Columbus, GA 31908-4064

Guthrie
PO Box 826908
Philadelphia, PA 19182-6908

JPMCB - Card Services
PO Box Box 15369
Wilmington, DE 19850-5369

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 10
Boca Raton, FL 33487-2853

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)JENIUS BANK
LOAN OPERATIONS
P O BOX 71217
PHILADELPHIA PA 19176-6217

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MARINER FINANCE LLC
8110 CORPORATE DRIVE
NOTTINGHAM, MD 21236-5034

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mariner Finance
8211 Town Center Drive
Baltimore, MD 21236-5904

Merrick Bank
PO Box Box 9201
Old Bethpage, NY 11804-9001

OneMain Financial Group, LLC
PO Box 3251
Evansville, IN 47731-3251

Onemain
PO Box 1010
Evansville, IN 47706-1010

PA Department of Revenue
Bankruptcy Division
PO Box Box 280946
Harrisburg, PA 17128-0946

PENNYMAC LOAN SERVICES, LLC
P.O. Box 2410
Moorpark, CA 93020-2410

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Pennymac Loan Services LLC
PO Box 514387
Los Angeles, CA 90051-4387

Pentagon FCU
PO Box 456
Alexandria, VA 22313-0456

(p)PENTAGON FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
P O BOX 1432
ALEXANDRIA VA 22313-1432

Quantum3 Group LLC as agent for
Mercury Financial/First Bank & Trust
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent fo
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Quantum3 Group LLC as agent fo
Sadino Funding LLC 98083-0788

Resurgent Capital Services as servicing agen
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603-0587
Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603-0587

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

(p)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

David Morganstern
362 Loder Street
Sayre, PA 18840-2611

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Josephine C. Morganstern
362 Loder Street
Sayre, PA 18840-2611

Lisa M. Doran
Doran & Doran, P.C.
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jenius Bank
PO Box 71217
Philadelphia, PA 19176-6217

PNC Bank Card Services
PNC CB Investigations
PO Box 5580
Cleveland, OH 44101-3180

(d)PNC Bank, National Associat
PO BOX 94982
Cleveland, OH 44101

Pentagon Federal Credit Union
PO Box 1432
Alexandria, VA 22313

Upgrade Inc.
2 North Central Avenue 10th Floor
Phoenix, AZ 85004

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

(d)Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

(d)Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603-0587

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 46 |
| Bypassed recipients | 3 |
| Total | 49 |